# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON VALES, | CASE NO. 1:09-cv-02075-DLB (PC) |
| Plaintiff, | ORDER STRIKING COMPLAINT |
| v. | (Doc. 1) |
| TARNOFF, et al., | ORDER REQUIRING PLAINTIFF TO FILE SIGNED AMENDED COMPLAINT WITHIN **THIRTY (30) DAYS** |
| Defendants. | |

This is a civil action filed by Plaintiff, a state prisoner proceeding pro se.  Plaintiff filed the complaint on November 30, 2009.  Plaintiff's complaint is unsigned and the Court shall strike Plaintiff's complaint.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  The Clerk's Office shall return a copy of the complaint to Plaintiff for signing.  Plaintiff will have 30 days from service of this order to file the signed complaint.

It is HEREBY ORDERED that Plaintiff's complaint, filed November 30, 2009, is STRICKEN.  The Clerk's Office shall send to Plaintiff a civil rights complaint form and a copy of Plaintiff's unsigned complaint.  Plaintiff shall file a <u>signed</u> and <u>complete</u> complaint within **thirty (30)** days of service of this order.

Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **December 2, 2009**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE