# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON VALES,<br><br>              Plaintiff,<br><br>    v.<br><br>D. TARNOFF, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:09-cv-02075-SKO PC<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO INFORM COURT OF CHANGE IN ADDRESS<br><br>RESPONSE DUE WITHIN 20 DAYS |

      Plaintiff Clinton Vales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2010, the Court issued an order informing Plaintiff that this action was reassigned to Magistrate Judge Sheila K. Oberto. (Doc. #8.) The order was mailed to Plaintiff and was later returned to the Court as undeliverable because Plaintiff was not in custody at the address in the Court's file.

      Under Local Rule 182(f), Plaintiff is required to inform the Court of any change of address. It appears that Plaintiff has failed to inform the Court of a change in his address. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE within twenty (20) days of the date of service of this order why this action should not be dismissed for Plaintiff's failure to inform the Court of the change in his address.

IT IS SO ORDERED.

**Dated:   July 16, 2010**                             **/s/ Sheila K. Oberto**
                                                                                 UNITED STATES MAGISTRATE JUDGE